COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-036-CV

IN THE INTEREST OF J.B.L. AND T.N.L., CHILDREN
 

 

 
 ----------

FROM COUNTY COURT AT LAW NO. 1 OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.  

DELIVERED:  March 12, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.